UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
1:48 pm, Aug 25, 2020
**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

| | |
|---|---|
| Eric J. MAPES, et al. )<br>    Plaintiffs )<br>)<br>vs. )<br>)<br>Monica Foster . )<br>    Defendants. ) | Case No. 1:20-cv-02230-TWP-TAB<br>_____ |

### PETITIONERS NOTICE OF COMPLAINT  AND  COMPLAINT

Mr. Eric J. MAPES, for his cause of action against Monica Foster  under the

### JURISDICTION

28 U.S.C. 1331  and pursuant to: In. Const. Art. 1 Sec 12 , 6th AMENDMENT U.S. CONST. , 4th AMENDMENT U.S. CONST. ; 14th AMENDMENT U.S. CONSTITUTION ;Title II of the Americans with Disabilities Act 42 U.S.C. 12101 et seq. . , Title III of the Americans With Disabilities Act , 42 U.S.C. §§ 12181-12189 et seq. ; Section 504 of the Federal Rehabilitation Act 29 U.S.C. § 701 et seq. ; The Matthew Shepard and James Byrd Jr. Hate Crimes Prevention Act  18 U.S.C. 249 (2009) , and Title VI of the Civil Rights Act of 1964.

### FACTS

1. Mr Eric MAPES, is a disabled individual that resides in the State of Indiana and is disabled due to a rare speech disorder, severe hearing loss , communicational disabilties, physical disabilities and other disabilities.

2. At all times material, Monica Foster E, was and continues to be part of a corporation/business that provides Federal Public Defender Services  to the public , authorized to conduct business by the licensing of the State of Indiana and in the United States, with her principal place of business located at 111 Monument Circle, Suite 3200 Indianapolis, IN. 46204

3. Mr MAPES has continued to bring up his concerns regarding many people using his disabilities

against him with Monica Foster acting as his counsel.

4. Monica Foster , has chosen to disregard those concerns and his rights .

5. Monica Foster has filed a motion which does show actual discrimination and using Mr. MAPES' communicational disabilties to declare why she doesn't want to be his counsel. 6. In the presence of Mr. MAPES' Dr. , Monica Foster again makes the same statement where she is unwilling to work with Mr MAPES dues to his communicational disabilities and then tries to convince Mr. MAPES she is not discriminating when she is using a disability symptom and or/condition to justify why she has chosen to withdraw .

7. At no time has Monica Foster provided any necessary accommodations to ensure she was giving Mr MAPES an equal opportunity or to establish effective communications with Mr MAPES that  does live with communicational and other disabilities.

8. Monica Foster's unlawful actions does show Mr. MAPES has now sustained actual improper psychological intimidation/pressure, and unduly oppressive conditions causing intent to emotionally and/or physically harm Mr MAPES and cause a worse impact to his disabilities .

9. Monica Foster  failed to prevent the foreseeable misconduct and ongoing mental abuse.

10. Monica Foster has shown focusing solely on Mr. MAPES' adverse disability affects have  and not once ever considered those effects or his disabilities.

11. Mr MAPES, his family and Dr. believe, and therefore aver, that Monica Foster  acted in direct bias and intentionally attacked and retaliated on Mr MAPES because of a protected characteristic and has continued to show prejudice towards Mr MAPES' disabilities and rights.

12. Monica Fosters inhumane unlawful actions more fully set forth above were willful, wanton and outrageous, done with malice aforethought, and intended to injure and defame Mr. MAPES on the direct basis of my disability now have shown Monica Foster's actions has caused Mr MAPES to further incur and  suffer severe emotional distress, embarrassment, loss of self esteem, humiliation, psychological injuries, financial loss and burdens that prevented Mr MAPES his full enjoyment of his rights , life(to be secure in person),  and inclusion in society as a disabled person.

13. As a direct result of Monica Foster's wrongful conduct, Mr. MAPES has suffered the injuries alleged herein causing him to be in fear of further retaliation, mental/psychological abuse, harm, discrimination and mistreatment .

14. As a direct result of the Courts unlawful conduct Monica Foster has used a disability against Mr. MAPES to interfere with access to services and rights that protect disabled individuals from discrimination. The Court supporting the discrimination has shown plausible concerns and prejudices

against a persons disability and their rights they have assisted Monica Foster with in the retaliatory and discriminatory conduct to deny services allowed under the Constitution as well under U.S. and Federal laws causing Mr. MAPES to be in fear of further retaliation, mental/psychological abuse, harm, discrimination and mistreatment that the Court has already shown they allow even attorneys to discriminate against disabled individuals after valid oppositions have been made.

## COUNT I: RETALIATION OF A DISABLED AMERICAN
### TITLE III ADA 28 C.F.R. 36.206 / Title II ADA 28 C.F.R,. 35.134

15. Mr. MAPES incorporates all paragraphs of this Complaint above and herein as if fully set forth under this count and further alleges:

16. The email received by Monica Foster on/or about 9, Aug. 2020 shows Monioca Foster declaring she is unable to work with someone with communicational disabilities and uses that to justify withdrawing from counsel after valid oppositions were made regarding the ongoing mistreatment and psychological abuse Monica Foster knew she would be subject Mr. MAPES to by her oppressive and discriminatory conduct.

17. Throughout the time Monica Foster was Mr. MAPES' counsel she used advberse disabiltiy affects against Mr. MAPES to call him names and mistreat him .

18. Mr. MAPES continued to bring up plausible concerns in valid oppositions only to have his disability used against him by Monica Foster.

19. As a direct result of Monica Fosters wrongful conduct, Mr. MAPES has suffered the injuries alleged herein causing him to be in fear of further retaliation due to Monica Fosters non-compliance and unprofessional conduct in prohibited acts.

**WHEREFORE**, Mr. MAPES demands judgment against Monica Foster individually, jointly and severally in the amount of Fifteen-Thousand Dollars( $15,000 ) plus costs, disbursements, reasonable attorneys fees, plus impunitve damages , interest, and whatever other relief the Court deems just and equitable.

## COUNT II:  DISCRIMINATION  OF A DISABLED AMERICAN

20.  Mr. MAPES incorporates all paragraphs of this Complaint  above and herein as if fully set forth under this Count.

21.  Mr. MAPES, his family and Dr.,  believe, and therefore aver, that Monica Foster acted in discriminatory practices to interfere with the enjoyment of  services on direct basis of disability and disability related issues. Monica Foster made aware at the time by Mr. MAPES, his family and Dr. why the services were needed for Mr. MAPES and continued to show a deliberate indifference and

intentional discrimination against Mr. MAPES.

22. As a direct result of Monica Foster's unlawful actions, Mr. MAPES sustained actual improper psychological intimidation/pressure, and unduly oppressive conditions causing intent to emotionally and/or physically harm Mr MAPES which caused Mr MAPES disabilities to have severe adverse effects from the ongoing mistreatment that Monica Foster chose to use the vulnerable aspect of Mr. MAPES' disability to attack Mr. MAPES further. The actions of Monica Foster coercive and discriminative e-mails sent to Mr. MAPES and phone calls by Monuica Foster put Mr. MAPES at a disadvantage for a reason that relates directly to Mr MAPES' disability. Monica Foster and the business that operates in the United States has a particular policy and practices in way of working that has had a worse impact on Mr MAPES.Monica Foster's ongoing unavailing actions has shown Mr MAPES was treated badly because of Monica Foster's ongoing mental abus and negligence and Monica Foster's commentary on how Mr MAPES is being a certain way not considering the aspect of stress mixed with Mr MAPES' disability causes actual impairment to the brain and results in irreparable serious injury to that organ due to all the stress Monica Foster has allowed and caused by her direct actions showing further mistreatment to adverse disability symptoms caused by Monica Foster in Mr MAPES services of a place of public accommodation . Monica Foster chose to use Mr. MAPES' disability(s) against him o to oppress and not include him in services on the direct basis of his disability.

23. As a direct result of Monica Foster's unlawful actions, Mr MAPES sustained actual improper psychological intimidation/pressure, and unduly oppressive conditions causing intent to emotionally and/or physically harm Mr MAPES which caused Mr MAPES to also suffer further emotional distress

23. Monica Foster , knowing Mr MAPES was disabled and even having communications with Mr. MAPES' Dr. and Monica Foster's inhumane unlawful actions more fully set forth above were willful, wanton and outrageous, done with malice aforethought, and intended to injure and defame with prejudices to Mr MAPES on direct basis of his disability and/or disability related symptoms , entitling Mr MAPES to punitive damages.

   **WHEREFORE**, Mr. MAPES demands judgment against Monica Foster individually, jointly and severally in the amount of Fifteen-Thousand Dollars( $15,000 ) plus costs, disbursements, reasonable attorneys fees, plus impunitve damages , interest, and whatever other relief the Court deems just and equitable.

This the 25th day of August , 2020

                                         Respectfully submitted in good faith,

                                      __ Mr. Eric: J MAPES. __ Pro Se
                                           P.O. Box 47181
                                       Indianapolis, IN 46247-0181
                                       Email: mr.e.mapes@gmail.com
                                         (765) 400-9732

All right reserved without prejudice UCC 1-207/1-308 UCC 1-103

### CERTIFICATE OF SERVICE

**NOW COMES** Disabled Plaintiffs , Mr. Eric J. MAPES  and certifies on 10 August 2020, We electronically filed the foregoing **COMPLAINT was originally made with the Court on Monday 10, August 2020** and  with the  U.S. Southern District Court via e-mail to temporary-efiling@insd.uscourts.gov and with the Monica Foster via email to Monica_Foster@fd.org and is being resubmitted this 25th Aug. 2020( Aug 25th 5 pages total )   .

    This the 25th day of August, 2020

                                                            __ Mr. Eric: J MAPES. __ Pro Se